# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RHONSHAWN JACKSON, | : CIVIL ACTION |
| Petitioner, | : |
| v. | : NO. 10-647 |
| GEORGE PATRICK, et al., | : |
| Respondents. | : |

## ORDER

AND NOW, this 27th day of April, 2011, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS HEREBY ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE and without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
Lawrence F. Stengel, J.